UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BETTY MCPHATTER,

                    Plaintiff,

-against-

JEC GROUP,

                    Defendant(s).
-----------------------------------------------------------------X

Civil Action No.: 11 CV 5308

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)**

      Pursuant to F.R.C.P. 41(a) (1) (A) (i), Plaintiff BETTY MCPHATTER by her counsel, hereby gives notice that the above captioned action is voluntarily dismissed against the Defendant JEC Group.

Dated: November 18, 2011
       New York, New York

For:   **BETTY MCPHATTER**

By: _____
M. Harvey Rephen, Esq.
Law Offices of M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Floor
New York, New York 10017
Phone: (212) 796-0930


**SO ORDERED**

By:_____
Hon. _____ , USDJ